# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thurman, William T. | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>05/03/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

350 South Main Street, Rm 358
Salt Lake City, Utah 84101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Utah Bankruptcy Lawyers Forum |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/03/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | Jan. 22, 23, 24 2015 | Denver, Colorado | Speak at seminar | meals, lodging, travel expense and tuition waiver |
| 2. | Norton Institute on Bankruptcy Law | Feb. 23 and 24, 2015 | Park City, Utah | Speak at seminar | meals, lodging and tuition waiver |
| 3. | National Conference of Bankruptcy Judges | April 13, 14 and 15 2015 | San Antonio, Tx | Committee Chair; Mid year meeting | meals, lodging, travel expenses |
| 4. | Turnaround Management Association | July 15, 16 and 17, 2015 | Carlsbad, Ca | Speak at seminar | means, lodging, travel expenses |
| 5. | Federal Bar Association of Utah | May 8, 2015 | St. George, Utah | Speak at seminar | tuition, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thurman, William T. | 05/03/2016 |

| 6. | National Conference of Bankruptcy Judges | April 21, 22 and 23, 2015 | Washington, D.C. | Visit selected members of Congress regarding duties as chair of NCBJ lesiglative comm | meals, lodging, travel expense |
| 7. | National Conference of Bankruptcy Judges | September 15, 16 and 17 2015 | Washington, D.C. | Participate in Congressional Reception with officers of the FJA and the MJA | meals. lodging, travel expenses |
| 8. | Federal Bar Association (National) | September 10 and 11, 2015 | Salt Lake City, Utah | Participate at annual meeting | meals |
| 9. | National Conference of Bankruptcy Judges | September 25-30, 2015 | Miami, Fl | Attend Annual Meeting; Committee Chair | meals, lodging, travel expense |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings, checking Accnts | | | | | | | | | |
| 2. ---Mountain America Credit Union | D | Interest | J | T | | | | | |
| 3. ---Zions First National Bank checking and savings | D | Interest | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. Broker #1 Account | | | | | | | | | |
| 6. ---Eaton Vance Tx Mngd Value C Fund | A | Int./Div. | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. New England Life (funds held for filer as cash values) | | | | | | | | | |
| 9. ---BlackRock Bnd Inc. Prt fund | A | Dividend | J | T | | | | | |
| 10. ---BR Money Market Fund | A | Dividend | J | T | | | | | |
| 11. ---MetLife Stock Index Fund | A | Dividend | J | T | | | | | |
| 12. ---MFS Value Portfolio Fund | A | Dividend | J | T | | | | | |
| 13. ---L/S Small Cap Fund | A | Dividend | J | T | | | | | |
| 14. ---Baillie Intn'l Stock fund | A | Dividend | J | T | | | | | |
| 15. ---WMC Corre Equity Fund | A | Dividend | J | T | | | | | |
| 16. ---Jenison Growth Fund | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA (Same Broker as #1)See Part VIII | | | | | | | | | |
| 19. ---DA Davidson Money Market Fund | A | Int./Div. | J | T | | | | | |
| 20. ---Davis NY Venture Value Cl C Fund. | A | Dividend | J | T | | | | | |
| 21. ---Franklin Rising Dividends Cl C Fund | A | Dividend | J | T | | | | | |
| 22. ---Thornburg Inv. Inc Builder Class C Fund | A | Dividend | J | T | | | | | |
| 23. ---Capital Inc. Builder Class C fund | A | Dividend | J | T | | | | | |
| 24. ---Growth Fund of Am Cl C Fund. | A | Dividend | J | T | | | | | |
| 25. | | | | | | | | | |
| 26. 401(K) Broker #4 Account; see part VIII | | | | | | | | | |
| 27. ---American Century One Choice 2015 Inst. Fund | A | Dividend | | | Matured | 08/06/15 | M | B | |
| 28. ---American Century One Choice 2020 Inst. Fund | B | Dividend | | | Buy | 08/06/15 | M | | |
| 29. | | | | | | | | | |
| 30. Utah Educational Savings Plan, Age Based Gr; see Part VIII | A | Dividend | K | T | | | | | |
| 31. | | | | | | | | | |
| 32. \Broker #3 Account | | | | | | | | | |
| 33. ---Fidelity Focused Stock Fund | A | Int./Div. | K | T | | | | | |
| 34. ---Janus Balanced Fund Cl T | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/03/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---United Comm Bk Sr Nt 6% | A | Int./Div. | J | T | | | | | |
| 36. ---Zions Bancorp. Mtn. 3.6% note | A | Int./Div. | K | T | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 18 Part VII. Filer's [        ] withdraws nominal amounts of $500 per month from these accounts. The broker liquidates so much of the accounts each month and deposits the cash into the money market account to make the distribution to filer's [      ].

Line 26 Part VII. This fund matured and another time centered fund was substituted in with a longer maturity date with the same fund provider.

Line 30 Part VII. The full name of the fund is the Utah Educational Savings Plan. Age-Based Agressive Growth (529) Plan. Five separate funds are maintained for five separate [        ] under the filer's and [        ] names. Monthly contributions are made by the filer.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William T. Thurman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544